# United States Court of Appeals for the Fifth Circuit

No. 21-51210
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
October 18, 2022

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Ivan Reyes,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:19-CR-1292-4

Before Davis, Smith, and Dennis, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Ivan Reyes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Reyes has filed a letter in which he plainly states his desire to withdraw his

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-51210

appeal. Reyes's motion for voluntary dismissal is GRANTED, counsel's motion to withdraw is DENIED AS MOOT, and the appeal is DISMISSED. *See* FED. R. APP. P. 42(b); 5TH CIR. R. 42.1.